JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VAHE ABELYAN,

             Petitioner,

    v.

KRISTI NOEM, et al.,

             Respondents.

Case No. 5:26-cv-00734-WLH (SK)

**JUDGMENT**

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner is to be released from the custody of Immigration and Customs Enforcement immediately under his original conditions of release pending removal proceedings.

DATED: March 30, 2026

                                 HON. WESLEY L. HSU
                                 UNITED STATES DISTRICT JUDGE